IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

ANTHONY L. EDICK,

              Petitioner,

v.                                       CIVIL ACTION NO.   3:20-0509

CARL ALDRIDGE, Superintendent,
Western Regional Jail and Correctional Facility,

              Respondent.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the petition be dismissed, without prejudice, and this matter be removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the petition be **DISMISSED,** without prejudice, and this matter be **REMOVED** from the docket of the Court, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                            ENTER:      January 26, 2021

                                            ROBERT C. CHAMBERS
                                            UNITED STATES DISTRICT JUDGE